AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

XAVIER DANIELS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-45

WARDEN MARTY ALLEN, et al., in their individual capacities,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated April 29, 2020, adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court and granting Defendant's Motion to Dismiss, judgment is entered dismissing Plaintiff's Complaint without prejudice and denying Plaintiff in forma pauperis status on appeal. This case stands closed.

Approved by: _____

May 12, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03